```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #:_____
-------------------------------------------------X  DATE FILED: 02/25/2020
                                                 :
ROKU, INC.,                                      :
                                                 :
                                                 :
                    Plaintiff,                   :
                                                 :   22-cv-0850 (LJL)
        -v-                                      :
                                                 :   ORDER
                                                 :
THE INDIVIDUALS, CORPORATIONS, LIMITED           :
LIABILITY COMPANIES, PARTNERSHIPS, AND           :
UNINCORPORATED ASSOCIATIONS IDENTIFIED           :
ON SCHEDULE A TO THE COMPLAINT,                  :
                                                 :
                    Defendants.                  :
                                                 :
-------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      A hearing on the preliminary injunction motion is scheduled for Monday, February 28, 2022.  The Court has received an amended opposition brief to the motion.  It is hereby ORDERED that any reply brief shall be filed on ECF no later than 5:00p.m. on Saturday, February 26, 2022.

      SO ORDERED.

Dated: February 25, 2022  
      New York, New York  
                                                         LEWIS J. LIMAN  
                                                      United States District Judge