UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ROKU, INC., | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:22-cv-00850 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF <u>CERTAIN DEFENDANT</u>**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff ROKU INC. voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
| --- | --- | --- |
| 41 | XL GAMES | https://www.amazon.com/sp?seller=A3DAQHPRG7T0X7 |

Dated: February 28, 2022

Respectfully submitted,

By: */s/ Christopher Tom*
Christopher Tom
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200
ctom@thoits.com