# THOITS LAW
A Professional Corporation

400 Main Street, Suite 250
Los Altos, California 94022
TEL (650) 327-4200
FAX (650) 325-5572
www.thoits.com

Christopher Tom

ctom@thoits.com

March 1, 2022

<u>Via ECF Only</u>

The Honorable Lewis J. Liman
United States District Judge, Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

      Re:    *Roku, Inc. v. The Individuals, Corporations, et al*. Case No. 1:22-cv-00850-LJL

Dear Judge Liman:

      We represent Plaintiff Roku Inc. in the above-referenced matter. During the February 28, 2022 hearing on Plaintiff's application for a preliminary injunction, the Court asked Plaintiff to advise on whether it sought the Court's decision on its current application for a preliminary injunction, or if it instead wanted to move forward with expedited discovery and apply for a permanent injunction in the near future.

      After further reflection, Plaintiff requests that the Court decide on its current application for a preliminary injunction as against the defendants identified in the Schedule A to Plaintiff's Reply Memorandum in Support of Issuance of a Preliminary Injunction. (Dkt. No. 35-2). We thank the Court for its time and attention to this matter.

      Very truly yours,

      THOITS LAW

      /s/ Christopher Tom
      Christopher Tom