UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/27/2022
```

------------------------------------------------------------------X

:

ROKU INC.,                                                        :

                      Plaintiff,                            :

:

        -v-                                                    :          22-cv-0850 (LJL)

:

THE INDIVIDUALS, CORPORATIONS, LIMITED     :              ORDER
LIABILITY COMPANIES, PARTNERSHIPS, AND      :
UNINCORPORATED ASSOCIATIONS IDENTIFIED    :
ON SCHEDULE A HERETO,                                     :

:

                 Defendants.              X

------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

The Court has received the proposed notices of voluntary dismissal as to Defendants (i)

ENJOYLink Direct, (ii) ENWShop, (iii) eStarpro, (iv) EWOS Direct, (v) Fancer, (vi) JC-Sky, (vii)

JRSMART, (viii) LEMUS, (ix) MonsterKing, (x) Moose Store, (xi) Mumuyu, (xii) Premier

Electronic Parts, Inc., (xiii) SY Unique, (xiv) Tangxi, (xv) XL GAMES, (xvi) YAOQI, (xvii)

YOSUN Direct, (xviii) hglovece, (xix) Shenzhen ePath Electronic Ltd., and (xx) SUN & OCEAN,

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Dkt. Nos. 33, 36, 38, 41-43, 48-49.

Rule 41 addresses dismissal of actions rather than dismissal of parties.  Treating the applications

as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will

dismiss the complaint as against Defendants (i) ENJOYLink Direct, (ii) ENWShop, (iii) eStarpro,

(iv) EWOS Direct, (v) Fancer, (vi) JC-Sky, (vii) JRSMART, (viii) LEMUS, (ix) MonsterKing, (x)

Moose Store, (xi) Mumuyu, (xii) Premier Electronic Parts, Inc., (xiii) SY Unique, (xiv) Tangxi,

(xv) XL GAMES, (xvi) YAOQI, (xvii) YOSUN Direct, (xviii) hglovece, (xix) Shenzhen ePath

Electronic Ltd., and (xx) SUN & OCEAN, with prejudice and with each party to bear their own

costs and fees.

The Clerk of Court is respectfully directed to terminate Defendants: (i) ENJOYLink Direct, (ii) ENWShop, (iii) eStarpro, (iv) EWOS Direct, (v) Fancer, (vi) JC-Sky, (vii) JRSMART, (viii) LEMUS, (ix) MonsterKing, (x) Moose Store, (xi) Mumuyu, (xii) Premier Electronic Parts, Inc., (xiii) SY Unique, (xiv) Tangxi, (xv) XL GAMES, (xvi) YAOQI, (xvii) YOSUN Direct, (xviii) hglovece, (xix) Shenzhen ePath Electronic Ltd., and (xx) SUN & OCEAN.

SO ORDERED.

Dated: July 27, 2022
      New York, New York

                               LEWIS J. LIMAN
                       United States District Judge

2