```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
ROKU INC.,                                                          :
                                                                    :
                              Plaintiff,                            :
                                                                    :                22-cv-00850 (LJL)
                -v-                                                 :
                                                                    :                     ORDER
THE INDIVIDUALS, CORPORATIONS, LIMITED                              :
LIABILITY COMPANIES, PARTNERSHIPS, AND                              :
UNINCORPORATED ASSOCIATIONS IDENTIFIED                              :
ON SCHEDULE A HERETO,                                               :
                                                                    :
                              Defendants.                           :
                                                                    :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Plaintiff is directed to provide a status update concerning this matter to the Court by Friday, April 14, 2023 at 5:00PM.

SO ORDERED.

Dated: March 31, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2023